IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN BUTLER,

    Petitioner,

v.

    JUDGMENT IN A CIVIL CASE

    Case No. 10-cv-128-bbc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

    Respondent.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus for lack of jurisdiction.

_____      _3/26/10_
Peter Oppeneer, Clerk of Court               Date