IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN BUTLER,

                                Petitioner,

   v.

PETER HUIBREGTSE, Warden
Wisconsin Secure Program Facility,

                                Respondent.

ORDER

10-cv-128-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     As directed in this court's order of October 22, 2010, petitioner Sean Butler has submitted a certified copy of his trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal <u>in forma pauperis</u> and if he is, what amount must be assessed as an initial partial payment of the fee for filing his appeal.

     From petitioner's trust fund account statement, I conclude that he qualifies for indigent status. Further, I assess petitioner an initial partial payment of the $455 fee for filing his appeal in the amount of $11.19.

1

ORDER

IT IS ORDERED that petitioner Sean Butler's request for leave to proceed in forma pauperis on appeal is GRANTED. Petitioner may have until November 24, 2010, in which to submit a check or money order made payable to the clerk of court in the amount of $11.19. If, by November 24, 2010, petitioner fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect petitioner's obligation to pay the $11.19 initial partial payment and the remainder of the $455 fee in monthly installments.

Entered this 4th day of November, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge